**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00491-CV

————————————

**SAMUEL R. CASEY, JR., AS LEGAL HEIR TO FLOYD ADAIR, Appellant**

**V.**

**FORT BEND INDEPENDENT SCHOOL DISTRICT; FORT BEND COUNTY; FORT BEND COUNTY EMERGENCY SERVICE DISTRICT #7; FORT BEND COUNTY GENERAL FUND; FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT #01; AND FORT BEND COUNTY DRAINAGE DISTRICT, Appellees**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-258410**

---

### MEMORANDUM OPINION

Appellant is attempting to appeal from a final judgment signed on September 30, 2024. Appellant filed a notice of appeal on July 1, 2025. We dismiss the appeal.

A notice of appeal is generally required to be filed within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1.  This 30-day deadline may be extended to 90 days after the judgment is signed if an appellant files a timely motion for new trial or other post-judgment motion.  *See* TEX. R. CIV. P. 329b.  The appellate court may also extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, an appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court.  *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal more than 9 months after the final judgment was signed.  Therefore, his notice of appeal is untimely.  The Court advised appellant by notice issued on February 3, 2026 that his notice of appeal was untimely and the Court might dismiss the appeal for lack of jurisdiction unless he filed a response establishing this Court's jurisdiction.  Appellant did not respond.

Accordingly, we dismiss the appeal for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.